NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ROSALIND C. ABRAMS,**
*Petitioner*

---

2026-133

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Georgia in No. 1:25-cv-04311-TRJ-JKL, Judge Tiffany R. Johnson.

---

**ON PETITION**

---

Before LOURIE, CHEN, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

Rosalind C. Abrams files a petition for a writ of mandamus seeking to compel certain actions by the United States District Court for the Northern District of Georgia in her underlying federal employment discrimination case.

While the All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law," 28 U.S.C. § 1651(a), that statute makes clear, however, the Act is not itself a grant of jurisdiction, *see Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). As

to matters from United States district courts, this court has limited subject matter jurisdiction to review decisions in cases involving the patent laws, 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2).  Here, Ms. Abrams's case does not fall within any of these categories, and thus, we lack jurisdiction to consider Ms. Abrams's petition.  Under the circumstances, we conclude that transfer of the petition to the United States Court of Appeals for the Eleventh Circuit is appropriate.  *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This petition and all case filings are transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 21, 2026
        Date